**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-6313

_____

ABDUR R.H. MUHAMMAD,

              Plaintiff - Appellant,

       v.

BOBBY HARLESS, Superintendent, Wilkes Correctional Center;
SERGEANT COX,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Graham C. Mullen,
Senior District Judge.  (5:08-cv-00015-GCM)

_____

Submitted: May 22, 2008            Decided: May 30, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Abdur R.H. Muhammad, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdur R.H. Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Muhammad v. Harless, No. 5:08-cv-00015-GCM (W.D.N.C. Feb. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED